IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFF BOPPRE, | ) | CASE NO. 4:98CV3013 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| FRANK X. HOPKINS, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | _____ |
| | ) | |
| JEFFREY BOPPRE, | ) | CASE NO. 8:11CV381 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT |
| | ) | ORDER |
| ROBERT P. HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4). Accordingly, Case No. 8:11CV381, *Jeffrey Boppre v. Robert P. Houston*, is reassigned to Senior District Judge Richard G. Kopf for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 6th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge